■ In the Matter of MUNICIPAL HOUSING AUTHORITY FOR THE CITY OF YONKERS, Appellant, v YONKERS HOUSING AUTHORITY UNIT, CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., Respondent.—In a proceeding pursuant to

CPLR 7503 (subd [b]) to stay arbitration, petitioner appeals from an order of the Supreme Court, Westchester County, entered December 1, 1976, which denied its application and granted the cross motion of respondent to compel arbitration. Order affirmed, without costs or disbursements. (See *Board of Educ. v Cassidy,* 59 AD2d 180.) Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.